# EXHIBIT 1

## ACTION BY WRITTEN CONSENT OF
## SHAREHOLDERS
## OF
## EASTERDAY RANCHES, INC.

Pursuant to the provisions of the Washington Business Corporation Act, the undersigned, being all of the shareholders of Easterday Ranches, Inc., a Washington corporation (the "***Company***"), entitled to vote, acting by written consent without a meeting or vote pursuant to RCW 23B.07.040, do hereby consent to the adoption of the following resolutions and to the taking of the actions contemplated thereby, in each case with the same force and effect as if presented to and adopted at a meeting of the shareholders:

**I.    ELECTION OF DIRECTORS**

**WHEREAS,** Cody Allen Easterday, Debby Easterday and Karen L. Easterday have resigned as directors of the Company;

**NOW, THEREFORE, BE IT RESOLVED**, that effective immediately each of the following individuals is hereby elected as a director of the Company, with such individuals collectively comprising the entire Board of Directors of the Company:

Craig A. Barbarosh

R. Todd Neilson

Thomas Saunders V

**RESOLVED, FURTHER**, that each of the foregoing individuals are elected to serve and hold office as director until such individual's successor is elected and qualified or until his earlier death, resignation, or removal from office.

**II.    OTHER MATTERS**

**RESOLVED, FURTHER**, that this Action by Unanimous Written Consent may be executed by counterpart signatures; and

**RESOLVED, FURTHER**, that this Action by Unanimous Written Consent may be delivered by facsimile or e-mail transmission, and no confirmation of such delivery by the mailing or personal delivery of an executed original of this Action by Unanimous Written Consent to the Company shall be required in order for this Action by Unanimous Written Consent to be effective; and

**RESOLVED, FURTHER**, that this Action by Unanimous Written Consent shall be filed with the minutes of the proceedings of the shareholders of the Company.

*[SIGNATURE PAGE FOLLOWS]*

**IN WITNESS WHEREOF,** the undersigned have executed this Action by Written Consent of Shareholders on the date(s) recorded respectively below.

Date: 1/29/21

_____
Cody Allen Easterday

Date: 1/29/21

_____
Debby Easterday

Date: 1/29/21

_____
Karen L. Easterday

*[SIGNATURE PAGE TO ACTION BY WRITTEN CONSENT OF SHAREHOLDERS OF EASTERDAY RANCHES, INC.]*

2

22-80008-WLH    Doc 9-1    Filed 03/15/22    Entered 03/15/22 17:05:59    Pg 3 of 6

# RESIGNATION

The undersigned hereby resigns (i) as a director of Easterday Ranches, Inc., a Washington corporation (the "*Company*") and (ii) from any and all officer positions with the Company that may be occupied by him, effective immediately upon delivery of this resignation to the Secretary of the Company.

Date: January 29, 2021

_____
Cody Allen Easterday

The undersigned acknowledges receipt of the foregoing resignation as of the date set forth below.

Date: January 29, 2021

_____
Karen L. Easterday, Secretary/Treasurer

# RESIGNATION

The undersigned hereby resigns (i) as a director of Easterday Ranches, Inc., a Washington corporation (the "*Company*") and (ii) from any and all officer positions with the Company that may be occupied by her, effective immediately upon delivery of this resignation to the Secretary of the Company.

Date: January 29, 2021

_____
Debby Easterday

The undersigned acknowledges receipt of the foregoing resignation as of the date set forth below.

Date: January 29, 2021

_____
Karen L. Easterday, Secretary/Treasurer

DOCS_LA:335505.1

22-80008-WLH    Doc 9-1    Filed 03/15/22    Entered 03/15/22 17:05:59    Pg 5 of 6

## RESIGNATION

The undersigned hereby resigns (i) as a director of Easterday Ranches, Inc., a Washington corporation (the "***Company***") and (ii) from any and all officer positions with the Company that may be occupied by her, effective immediately upon delivery of this resignation to the Secretary of the Company.

Date: January 29, 2021

_____
Karen L. Easterday

The undersigned acknowledges receipt of the foregoing resignation as of the date set forth below.

Date: January 29, 2021

_____
Karen L. Easterday, Secretary/Treasurer