**So Ordered.**

**Dated: March 17th, 2022**



Whitman L. Holt
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered |
| EASTERDAY RANCHES, INC.,<br><br>Plaintiff,<br>vs.<br><br>ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, AND DEBBY EASTERDAY,<br><br>Defendants. | Adv. Proc. No. 22-80008 (WLH)<br><br>**ORDER SHORTENING TIME FOR HEARING ON MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

THIS MATTER having come before the court upon the ex parte motion (the "Motion to Shorten Time")[2] of the above-captioned debtors and debtors in possession, for the entry of an order shortening time for hearing on the Debtors' *Motion for a*

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Shorten Time.

ORDER SHORTENING TIME – Page 1

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

*Temporary Restraining Order and Preliminary Injunction* [Docket No. 2] (the "Motion"). The court, having reviewed the Motion to Shorten Time, the Motion, the supporting declaration of R. Todd Neilson filed in support thereof, and the record and files herein, finds cause exists to grant the requested relief. Now, therefore, it is hereby

**ORDERED as follows:**

1. The Motion to Shorten Time [ECF No. 3] is GRANTED.

2. The time for hearing on the Motion is shortened to March 16, 2022, at 11:00 a.m. Pacific Time (the "Hearing").

3. Any responses or objections to the Motion may be filed with the court and served on counsel for the Debtors up to the time of the Hearing.

/// END OF ORDER ///

Presented by:

BUSH KORNFELD LLP

/s/ Thomas A. Buford, III
THOMAS A. BUFORD, WSBA #52969
RICHARD B. KEETON, WSBA #51537
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (Admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (Admitted *Pro Hac Vice*)
JASON H. ROSELL (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

ORDER SHORTENING TIME – Page 2

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

22-80008-WLH    Doc 24    Filed 03/17/22    Entered 03/17/22 14:17:36    Pg 2 of 2