CHRISTOPHER B. DURBIN
(WSBA #41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

MICHAEL KLEIN
(*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 479-6000
Fax: (212) 479-6275
Email: mklein@cooley.com

*Counsel to the Plan Administrator*

HONORABLE WHITMAN L. HOLT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: <br><br> EASTERDAY RANCHES, INC., *et al.*, <br><br> Post-Effective Date Debtors.[1] | Chapter 11 <br><br> Lead Case No. 21-00141-11 <br> Jointly Administered |
| EASTERDAY RANCHES, INC. and EASTERDAY FARMS, <br><br> Plaintiffs, <br><br> v. <br><br> ESTATE OF GALE A. EASTERDAY (DECEASED), KAREN L. EASTERDAY, CODY A. EASTERDAY, AND DEBBY EASTERDAY <br><br> Defendants. | Adv. Pro. No. 21-80008 (WLH) <br><br> **STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING** |

---

[1] The Debtors, along with their case numbers, are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

JOINT STIPULATION OF
DISMISSAL OF ADVERSARY PROCEEDING

COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101

22-80008-WLH    Doc 40    Filed 09/30/22    Entered 09/30/22 13:26:57    Pg 1 of 3

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure (the "**Federal Bankruptcy Rules**") and Rule 41 of the Federal Rules of Civil Procedure (the "**Federal Rules**"), plaintiffs Easterday Ranches, Inc. ("**Ranches**") and Easterday Farms ("**Farms**"), through their successor-in-interest, and defendants, Estate of Gale A. Easterday, Karen L. Easterday, Cody A. Easterday, and Debby Easterday (collectively, the "**Parties**") hereby file this stipulation of dismissal with prejudice as to the claims pled in this action, as well as all other claims, counterclaims, cross-claims, third-party claims, or defenses, whether pled or otherwise, by any of the Parties in respect of the underlying dispute (collectively, the "**Adversary Proceeding**"), and hereby stipulate as follows:

WHEREAS the Parties hereby stipulate to dismissal of all claims, as well as all other claims, counterclaims, cross-claims, third-party claims, or defenses, whether pled or otherwise, by any of the Parties in respect of the underlying dispute in this matter with prejudice pursuant to Federal Rule 41(a)(1)(A)(ii) and Federal Bankruptcy Rule 7041.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, by their undersigned attorneys, that the above-styled Adversary Proceeding is dismissed with prejudice and all pending matters associated therewith are hereby withdrawn and denied as moot. The Parties are to bear their own costs and expenses.

STIPULATION OF
DISMISSAL OF ADVERSARY PROCEEDING

2

COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101

22-80008-WLH    Doc 40    Filed 09/30/22    Entered 09/30/22 13:26:57    Pg 2 of 3

Dated: September 30, 2022

| | |
|---|---|
| */s/ Christopher B. Durbin* | */s/ Timothy J. Conway* |
| Christopher B. Durbin (WSBA #41159) | Timothy J. Conway |
| COOLEY LLP | Tonkon Torp LLP |
| 1700 Seventh Avenue, Suite 1900 | 888 SW Fifth Avenue, Suite 1600 |
| Seattle, WA 98101 | Portland, OR 97204 |
| Tel.: (206) 452-8700 | Suite 1600 |
| Fax: (206) 452-8800 | Tel.: (503) 802-2027 |
| Email: cdurbin@cooley.com | Email: tim.conway@tonkon.com |
| | *Counsel to Estate of Gale A. Easterday and Karen L. Easterday* |
| Michael Klein (*pro hac vice*) | |
| COOLEY LLP | |
| 55 Hudson Yards | |
| New York, NY 10001 | |
| Tel.: (212) 479-6000 | |
| Fax: (212) 479-6275 | |
| Email: mklein@cooley.com | |
| *Counsel to the Plan Administrator* | |

 */s/ Jeffrey C. Misley*
Jeffrey C. Misley
Sussman Shank
1000 SW Broadway, Suite 100
Portland, OR 97205
Tel.: (503) 227-1111
Email: jeffm@sussmanshank.com
*Counsel to Cody A. Easterday and Debby Easterday*